# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 28, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

Re:  Hiram Miles
     v. Texas
     No. 14-9983
     (Your No. WR-46, 247-12)


Dear Clerk:

   The petition for a writ of certiorari in the above entitled case was filed on May 21, 2015 and placed on the docket May 28, 2015 as No. 14-9983.



                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Redmond K. Barnes
                              Case Analyst